

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET, Rm. 3-308
NEW YORK, NY 10007

**STEVE STAVRIDIS**
Senior Counsel
Phone: (212) 356-2687
Fax: (212) 356-3508
sstavrid@law.nyc.gov

December 7, 2021

**VIA E.C.F.**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   Schlaepfer v. City of New York, *et al.,*
      20-cv-03339 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing the defendants in the above-referenced action. I write respectfully to request a 10-day extension of defendants' time to file their motion for summary judgment from December 10, 2021 to December 20, 2021.[1] Should the Court grant the requested extension, it should similarly extend plaintiff's time to file opposition to the summary judgment motion from January 14, 2022 to January 24, 2022, and defendants' time to serve their reply from January 28, 2022 to February 4, 2022. This is the first request for an extension of the motion deadlines by either party. Plaintiff consents to the requested extension.

      The extra time is needed by the undersigned because of unexpected personal matters that have arisen over the past several weeks as well as technical issues that have affected my ability to timely complete the motion by the current due date.

      In view of the foregoing, I respectfully request that the Court grant the requested adjournment extending the briefing dates by 10 days.

---

[1] Initial motion schedule was set by ECF Order dated September 23, 2021.

I thank the Court for its consideration herein.

Respectfully submitted,

s/ *Steve Stavridis*

Steve Stavridis
Senior Counsel

Cc: All counsel of record (By E.C.F.)

---

Application GRANTED. The parties shall adhere to the following briefing schedule: Defendants' motion for summary judgment is due December 20, 2021; Plaintiff's opposition is due January 24, 2022; and Defendants' reply is due February 7, 2022.

The Clerk of Court is directed to terminate the pending motion at docket number 56.

Dated:   December 7, 2021         SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE