UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIEL SCHLAEPFER,

                  Plaintiff,

-against-                                         20 **CIVIL** 3339 (KPF)

                                                                              **JUDGMENT**

CITY OF NEW YORK; NEW YORK POLICE
DEPARTMENT; MATHEW JOHN, in his official
capacity as a Police Officer with the New York Police
Department; JOHN DOES 1-10, fictitious names,
sued in their official capacity as law enforcement
officers with the New York Police Department;
MAXIMILLIAN ZAPATA; PATRICK CHERRY;
and MAVIS GARCIA,

                  Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated September 27, 2022, Defendants' motion for summary judgment is GRANTED with respect to Plaintiff's claims under federal law and their state law analogues. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. The Court has dismissed with prejudice all of Plaintiff's federal law claims, as well as his state law claims for false arrest, illegal search and seizure, assault and battery, malicious prosecution, and failure to intervene. The Court has dismissed without prejudice Plaintiff's state law claims for negligence and respondeat superior, and his claims against the John Doe Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       September 28, 2022

                                                                         **RUBY J. KRAJICK**

                                                                         _____
                                                                           **Clerk of Court**

                                                          **BY:**   *K. Mango*

                                                                        _____
                                                                           **Deputy Clerk**